1064

THE STATE OF WASHINGTON, *Respondent*, v. DAVID LEON TOTTEN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 00-1-00552-8, James E. Warme, J., entered November 30, 2000. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

*In the Matter of the Marriage of* LORIE A. CASERTA, *Respondent*, and CHRISTOPHER L. CASERTA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-3-03689-1, Kathryn J. Nelson, J., entered July 26, 2001. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Houghton and Hunt, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. CAROLYN JOYCE CARTY, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 99-1-00174-6, Alan R. Hancock, J., entered December 10, 1999. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Coleman and Cox, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. DONALD C. FORTIN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-02129-5, Larry E. McKeeman, J., entered March 27, 2000. *Affirmed* by unpublished per curiam opinion.